UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                             Case No.   2:13-cr-81-FtM-29DNF

JEFFREY WILLIAM CHATHAM
_____/

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture (Doc. #70), pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), for the following assets:

a. $460 in United States Currency;

b. an HP Deskjet Printer, Model 3512, serial number CN3381PMF4;

c. a Lexmark Deskjet Printer, Model 4428-001, serial number 08243613543; and

d. an Asus Tablet, Model ME301T, serial number CC0KCT090630.

Being fully advised, the Court finds that on October 24, 2013, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of the defendant in the assets, pursuant to 18 U.S.C. § 982(a)(2)(B), 18 U.S. C. § 472, 28 U.S.C. § 2461(c).   (Doc. #56).

The Court further finds that in accordance with the provisions of 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government

website, www.forfeiture.gov, from October 25, 2013 through November 23, 2013. Doc. 60. The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, 2110 First Street, Suite 2-194, Ft. Myers, Florida 33901, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

The Court further finds that no person other than the defendants Chatmon and Harvell, whose interests were forfeited to the United States in the Preliminary Order of Forfeitures, are known to have an interest in the assets. No third party has filed a petition or claimed an interest in the assets, and the time for filing a petition has expired. Accordingly, it is hereby:

**ORDERED, ADJUDGED, and DECREED** that for good cause shown, the United States' Motion for Final Judgment of Forfeiture (Doc. #70) is **GRANTED**.

It is **FURTHER ORDERED** that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the assets is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law.

Clear title to the assets is now vested in the United States of America.

**DONE and ORDERED** in Fort Myers, Florida, this 18th day of March, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: To All Parties

2